Jay Williams

6767 State Highway 198

Mabank, Texas 75156

972-754-0976

Ajsecurty@gmail.com

6:22CV448-JCB-JDL

## CRIMINAL COMPLAINT

I, Jay Williams, do complain against Mr. David O'Toole and or people involved in case FAM 21-0772-CC2 for the following: On November 25, 2022, Jay Williams received a package from Mr. David O'Toole regarding a void Judgement case number FAM 21-077c-CC2. Jay Williams has power of attorney for Erin Dennis. Jay Williams was also an intervenor in said case. Mr. O'Toole's neglect of duty {Texas Criminal Code of Procedures Articles 2.03-2.06, 2.14, 15.03, 15.04 and 15.09} is "Recklessly" causing physical harm to a disabled individual, Jordan Williams, who has autism and an autoimmune disease which prevents his body from handling stress. Texas Penal Code 5 Section 22.04. Jordan Williams' body may attack itself at any time and without warning and or symptoms. Mr. O'Toole's actions are unlawful against the Texas Constitution Sections 6, 13, 19, and 29. Section 29 uses the word inviolate which means Sacred and MUST be defended. Mr. David O'Toole may have committed mail fraud as defined by Title 18 § 1341. Fraud as defined by Black's Law 6th Ed. An order is NOT a complaint! See attachment A Laws violated. Case FAM 21-0772-CC2 was based on Fraud. CPS did NOT have a search warrant as required by the Texas Constitution Sec. 9 and USA Constitution 4th Amendment.

FACTS: See Attachments

UNLAWFUL ACTS AS DEFINED BY LAW(S): See Attachments

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct. FURTHER THE AFFIANT SAYETH NAUGHT.

Affiant's Signature: _Jay Williams_   Date: _11/25/2022_

# NOTARY ACKNOWLEDGEMENT

State of [STATE] Texas

County of [COUNTY] Henderson

On [DATE] before me, [NOTARY'S NAME], personally appeared [AFFIANT'S NAME] who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of [STATE] that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Alexus Cranford*

ALEXUS CRANFORD
Notary Public, State of Texas
Comm. Expires 11-04-2026
Notary ID 134050587