UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00448

**Jay Williams,**
*Plaintiff,*

v.

**David O'Toole,**
*Defendant.*

# ORDER

Plaintiff Jay Williams, proceeding pro se, filed this lawsuit against defendant David O'Toole on November 28, 2022. Doc. 1. This case was referred to United States Magistrate Judge John D. Love. Doc. 2. On January 12, 2023, the magistrate judge issued a report recommending that plaintiff's complaint be dismissed for failure to prosecute and failure to comply with a court order. Doc. 5. Plaintiff did not file objections to the report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's complaint is dismissed for failure to prosecute and for failure to comply with a court order. All motions pending in this civil action are denied.

*So ordered by the court on February 17, 2023.*

J. CAMPBELL BARKER
United States District Judge