UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00448

**Jay Williams,**
*Plaintiff,*

v.

**David O'Toole,**
*Defendant.*

# FINAL JUDGMENT

The court, having considered plaintiff's case and rendered its decision by opinion, hereby enters judgment that plaintiff take nothing from his suit and that plaintiff's claims are dismissed. The clerk of court is directed to close the case.

*So ordered by the court on February 17, 2023.*

J. CAMPBELL BARKER
United States District Judge